## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
        Plaintiff

        HON. BERNARD A. FRIEDMAN
        CASE NO.: 2:20-CR-20233

vs.

JEAN PINKARD

        Defendant.
_____/

STEFANIE LAMBERT JUNTTILA
Law Office of Stefanie L. Lambert, PLLC.
Attorney for Defendant
JEAN PINKARD
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com

MITRA JAFARY-HARIRI
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9632
Mitra.jafary-Hariri@usdoj.gov
_____/

### APPEARANCE ON BEHALF OF DEFENDANT JEAN PINKARD

    PLEASE ENTER the Appearance of STEFANIE LAMBERT JUNTTILA as attorney of record on behalf of the Defendant, JEAN PINKARD, in regards to the above-entitled matter.

Kindly forward notices to the undersigned.

                              Respectfully submitted,

                              /s/ Stefanie Lambert Junttila
                              STEFANIE LAMBERT JUNTTILA
                              Attorney for Defendant
                              JEAN PINKARD
                              500 Griswold Street, Suite 2340
                              Detroit, Michigan 48226
                              (313) 963-4740

Date: June 17, 2020

## Certificate of Service

I, Stefanie Lambert Junttila, attorney at law, certify that on June 17, 2020, I caused a copy of this pleading to be served upon the Clerk of the Court and Government via E-file.

/s/ Stefanie Lambert Junttila
Stefanie Lambert Junttila (P71303)

11