UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                       Case No. 20-cr-20233

  vs.                             Hon. Denise Page Hood

D-6 Jean Pinkard, N.P.

        Defendant.

_____/

## ORDER STAYING ORDER DENYING DEFENDANT'S MOTION TO EXTEND REPORT DATE [ECF NO. 853] and DECLARING ORDER GRANTING DEFENDANT'S MOTION FOR 48 HOUR EXTENSION MOOT [ECF NO. 856]

Upon information, the Court has been advised that Defendant, Jean Pinkard's, sentence will be commuted. Therefore, the Court, upon its own motion, STAYS its Order Denying Defendant's Motion to Extend Report Date [ECF No. 853] for thirty (30) days and Declares its Order Granting Defendant's Motion for 48 Hour Extension MOOT.

In light of the foregoing,

IT IS SO ORDERED that the Court's Order Denying 851 Motion to Extend Report Date [ECF No. 853] is STAYED for thirty (30) days until April 4, 2025;

IT IS FURTHER ORDERED that the Court's Order Granting Defendant's Motion for 48 Hour Extension is MOOT.

SO ORDERED.

_/s/Denise Page Hood_____
Denise Page Hood
United States District Judge

Dated: March 5, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record or party on March 5, 2025, by electronic and/or ordinary mail.