# Executive Grant of Clemency

# Donald J. Trump

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE INDIVIDUAL NAMED BELOW

AN IMMEDIATE COMMUTATION OF HER ENTIRE SENTENCE TO TIME SERVED WITH NO FURTHER FINES, RESTITUTION, PROBATION, OR OTHER CONDITIONS

For those offenses against the United States individually enumerated and set before me for my consideration:

United States v. D-6 Pinkard, N.P., 20-cr-20233

JEAN PINKARD

**I HEREBY DESIGNATE**, direct, and empower the Attorney General, as my representative, to sign the grant of clemency to the person named herein. The Attorney General shall declare that her action is the act of the President, being performed at my direction.

**I HEREBY DESIGNATE**, direct, and empower the Acting Director of the Federal Bureau of Prisons, as my representative, to immediately release the person named herein. The Acting Director of the Federal Bureau of Prisons shall declare that his action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this* **4th** *day of March in the year of our Lord Two Thousand Twenty-five and of the Independence of the United States the Two Hundred and Forty-ninth.*

DONALD J. TRUMP
PRESIDENT